UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In re:<br>ALAN J COUTURE,<br>　　　　Debtor. | Cause No.: CV-21-002-BU-BMM<br><br>Bankruptcy Court Case No. 13-00019 |
| CRYSTAL MOORE,<br><br>　　　　Plaintiff / Appellant,<br><br>vs.<br><br>ALAN J COUTURE,<br><br>　　　　Defendant / Appellee. | **ORDER** |

Upon consideration of Plaintiff/Appellant's motion to appear remotely via Zoom for the settlement conference scheduled for January 28, 2022 and good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Ms. Moore may appear at the January 28, 2022 settlement conference remotely via Zoom. Counsel for Ms. Moore will be responsible for Ms. Moore's Zoom appearance.

DATED this 24th day of January, 2022.

_____
John Johnston
United States Magistrate Judge