UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CRYSTAL MOORE,<br><br>              Plaintiff,<br><br>vs.<br><br>ALAN J. COUTURE,<br><br>              Defendant. | Case No. CV-21-002-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Montana Bankruptcy Court's Memorandum of Decision and Order (Docs. 1-4 & 1-5) are AFFIRMED.

    Dated this 31st day of May, 2022.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Kelsey Hanning
                                    Kelsey Hanning, Deputy Clerk